UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISON

| | | |
|---|---|---|
| ARC WELDING SUPPLY CO., INC., <br> an Illinois Corporation, and <br> CHARLES R. MCCORMICK, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN WELDING & GAS, INC., <br> a North Carolina Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 3:16-cv-173 |

## COMPLAINT

Arc Welding Supply Co., Inc., an Illinois Corporation, and Charles R. McCormick, the

sole stock holder of Arc Welding Supply Co., Inc., through their attorneys, Jeffrey B. Kolb and

Charles E. Traylor, of Kolb Roellgen & Kirchoff LLP, states the following complaint against the

Defendant.

## JURISDICTION

1.      This Court has jurisdiction of the Plaintiffs' claim pursuant to 28 U.S.C § 1332.

The Plaintiffs' claim exceeds $75,000. Arc Welding Supply Co., Inc. is an Illinois Corporation,

Charles R. McCormick is a resident of Indiana. American Welding & Gas, Inc. is a North

Carolina Corporation. Thus, the parties are completely diverse.

## VENUE

2.      Under Article 12 Section 12.3 of the contract under which this case arises, venue

for this suit is proper in the United States District Court for the Southern District of Indiana,

sitting in Evansville Indiana.

**PARTIES**

3.        The Plaintiffs are Arc Welding Supply Co., Inc., an Illinois Corporation, and

Charles R. McCormick, a resident of Indiana. The Defendant is American Welding & Gas, Inc.,

a North Carolina Corporation.

**CLAIM**

4.        The parties entered into an Asset Purchase Agreement on October 1, 2014. *See*

attached **Exhibit A**.

5.        The parties closed on the Agreement on October 1, 2014.

6.        Under the Agreement provisions in Article 2, Section 2.1(a), the Defendant owes

the Plaintiff $43,859.48 with 4% interest per annum from October 1, 2014 for accounts

receivable.

7.        The Defendant admits the Plaintiff is owed the $43,859.48. *See* attached **Exhibit**

**B**.

8.        Under the Agreement provisions in Article 2, Section 2.1(f), the Defendant

breached its contractual duty by not settling the deferred payment in 15 days or less following

the end of the cylinder reconciliation period.

9.        The Defendant admits that the reconciliation period was delayed by 38 days "at

most." *See* attached **Exhibit B**.

10.       Under the Agreement provisions in Article 2, Section 2.1(f), the Defendant owes

the Plaintiff $150,000.00 with 4% interest per annum from October 1, 2014.

11.       Under the Agreement provisions in Article 8, Section 8.7 and Article 10, Section

10.2, the Defendant is liable for the Plaintiffs' attorney's fees in this action.

10.     Under the Agreement provisions in Article 12, Section 12.3, venue for this suit is proper in the United States District Court for the Southern District of Indiana, sitting in Evansville Indiana.

WHEREFORE, the Plaintiffs pray for:

1.  Damages for breach of contract;

2.  Costs of suit incurred herein;

3.  Reasonable attorney's fees; and

4.  Such other and further relief as the Court may deem just and proper.


Dated this 11th day of August, 2016.


   /s/ Jeffrey B. Kolb                              /s/ Charles E. Traylor
Jeffrey B. Kolb                                  Charles E. Traylor
Atty. No. 5290-42                                Atty. No. No. 32785-49
Kolb Roellgen & Kirchoff LLP                     Kolb Roellgen & Kirchoff LLP
801 Busseron Street                              801 Busseron Street
P O Box 215                                      P O Box 215
Vincennes, IN  47591                             Vincennes, IN  47591
(812) 882-2280                                   (812) 882-2280
(812) 885-2308 (Fax)                             (812) 885-2308 (Fax)

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2016, a copy of the foregoing Appearance of Counsel was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further certify that on August 10, 2016, a copy of the foregoing Appearance of Counsel was mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

> Corporation Service Company
> 327 Hillsborough Street
> Raleigh, NC 27603-1725

s/ Jeffrey B. Kolb                         s/ Charles E. Traylor
Jeffrey B. Kolb                            Charles E. Traylor
Atty. No. 5290-42                          Atty. No. No. 32785-49
Kolb Roellgen & Kirchoff LLP               Kolb Roellgen & Kirchoff LLP
801 Busseron Street                        801 Busseron Street
P O Box 215                                P O Box 215
Vincennes, IN  47591                       Vincennes, IN  47591
(812) 882-2280                             (812) 882-2280
(812) 885-2308 (Fax)                       (812) 885-2308 (Fax)