UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| ARC WELDING SUPPLY CO., INC., an Illinois Corporation, and CHARLES R. MCCORMICK, | ) ) ) ) | |
| Plaintiffs, | ) ) | 3:16-cv-00173-RLY-MPB |
| vs. | ) ) | |
| AMERICAN WELDING & GAS, INC., a North Carolina Corporation, | ) ) ) | |
| Defendant. | ) | |

## JUDGMENT

Consistent with the court's Findings of Fact and Conclusions of Law, the court enters judgment in favor of Defendant and against Plaintiffs in the amount of $33,765.52, plus 4% interest from October 1, 2014 to the date of this Judgment.

**SO ORDERED** this 27th day of February 2018.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.

1